ADDISON B. MORELAND AND FRANK MORELAND v. GEORGE
N. HOUGHTON, ANNA H. GARDNER, AND
CHARLES H. VAN WAGONER.

[See 94 Mich. 548.]

*Mortgage—Foreclosure.*

Where the assignee of a mortgage assigns it as security for a debt
which is less than the amount due on the mortgage, he is
entitled to the excess, and; in a suit by his assignee to fore-
close the mortgage, the decree should provide for the payment
to him of the surplus, if any, arising on a sale of the mort-
gaged premises, to the amount of his claim.

Motion for a rehearing. Submitted April 4, 1893. De-
cided July 25, 1893. Decree modified, and case remanded
for further proceedings according to the opinion. The facts
are stated in the opinion, and in 94 Mich. 548.

*Atwood & Caskey (E. F. Bacon,* of counsel), for com-
plainants.

*Charles R. Mains,* for appellant.

PER CURIAM. A motion for a rehearing having been
made in this case, our attention is challenged to the fact
that a larger sum was due upon the mortgage than the
amount due the complainants, and for the security of
which it was assigned to them. The appellant, Van
Wagoner, was entitled to this excess.

The case will be remanded to the court below to ascer-

tain and determine the amount actually due upon the mortgage, and the decree below will be modified to the extent that on the sale of the mortgaged premises, or on payment of the amount found due upon the mortgage into court, the money shall be applied, first, to the payment of the sum due complainants, with interest and costs; and, second, the balance, if any, shall be paid to the appellant, Van Wagoner, to the amount of his claim.

Neither party will recover costs in this Court.